FILED

2003 OCT 17 P 12: 39

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM LAPUT | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV1045(WWE) |
| v. | : | |
| | : | |
| LARKIN ENTERPRISES INC. | : | |
| | : | |
| Defendant. | : | OCTOBER 14, 2003 |

## MOTION FOR EXTENSION OF TIME
## AS OF RIGHT

The Plaintiff, William Laput, ("Plaintiff Laput"), pursuant to Local Rule of Civil Procedure 7(b) hereby requests an extension of time of thirty (30) days from October 18, 2003 up to and including November 18, 2003, to respond to the Defendant, Larkin Enterprises, Inc.'s ("Defendant Larkin") First Set of Interrogatories dated September 18, 2003 and First Request for Production dated September 24, 2003. In support hereof Plaintiff Laput represents as follows:

1. Plaintiff Laput's counsel has not sought any prior enlargement of time to respond to Defendant's discovery requests.

2. Defendant's counsel consents to the requested extension of time.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

WHEREFORE, the Plaintiff Laput respectfully requests an extension of time up to and including November 18, 2003, to respond to the Defendant Larkin's First of Interrogatories dated September 18, 2003 and First Request for Production dated September 24, 2003.

THE PLAINTIFF,
WILLIAM LAPUT

By: _____
Holly Quackenbush Darin
Federal Bar No. ct 10183
Satti & Satti, PC
225 State Street, Suite 200
New London, CT 06320
(860) 447-8975
His Attorney

## CERTIFICATION

This is to certify that on this 14th day of October 2003, the foregoing was sent First Class Mail, postage prepaid to the following attorneys of record:

Bernard E. Jacques
Pepe & Hazard LLP
225 Asylum Street
Hartford, CT 06103-4302

_____
Holly Quackenbush Darin

2