**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| WILLIAM LAPUT | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION NO.** |
| | : | **3:03CV1045(WWE)** |
| v. | : | |
| | : | |
| LARKIN ENTERPRISES INC. | : | |
| | : | |
| **Defendant.** | : | **FEBRUARY 10, 2004** |

**MOTION FOR EXTENSION OF TIME**


        The Plaintiff, William Laput, ("Plaintiff Laput"), pursuant to Local Rule

of Civil Procedure 7(b) hereby requests an extension of time of two (2) weeks from

February 14, 2004 up to and including March 1, 2004, to respond to the Defendant,

Larkin Enterprises, Inc.'s ("Defendant  Larkin") Second Set of Interrogatories dated

January 14, 2004 and Second Request for Production dated January 14, 2004.  In support

hereof Plaintiff Laput represents as follows:

        1. On February 9, 2004 Plaintiff's counsel Michael Satti underwent a spinal

fusion and removal of a cervical disc and will be unable to work for approximately two

(2) weeks and is prohibited from driving for one (1) month.

        2.  As a result of the undersigned is attempting to cover both Attorney Satti's and

her files in his absence and this extension is necessary to enable her to properly respond

to the discovery requests.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

3. On February 9, 2004, the office of the Plaintiff's counsel contacted Attorney

Jacques, counsel for Defendant Larkin who stated that he consents to the requested

extensions of time in light of the aforementioned surgery and post surgery recuperation.

4.  Plaintiff's counsel has not sought any prior extension of time to respond to the

Second Set of Interrogatories and Requests for Production.

WHEREFORE, the Plaintiff, William Laput, respectfully requests an additional

extension up to and including March 1, 2004, to respond to the Defendant's Second Set

of Interrogatories and Defendant's Second Requests for Production.

<br>

                                          THE PLAINTIFF,
                                          WILLIAM LAPUT


                                   By:_____
                                          Holly Quackenbush Darin
                                          Michael E. Satti
                                          Satti & Satti, P.C.
                                          225 State Street, Suite 200
                                          New London, CT 06320
                                          (860) 447-8975
                                          Juris No. 418059
                                          -His Attorneys-

                            <u>**CERTIFICATION**</u>

The undersigned hereby certifies that the foregoing has been mailed first class
postage prepaid, this 10th day of February, 2003 to all counsel and pro se parties of record
as listed below:

Bernard E. Jacques
Pepe & Hazard, LLP
225 Asylum Street
Hartford, CT 06103-4302

                                          _____

                                          Holly Quackenbush Darin

2