**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| WILLIAM LAPUT | : | |
| | : | |
|     Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV1045(WWE) |
| v. | : | |
| | : | |
| LARKIN ENTERPRISES INC. | : | |
| | : | |
|     Defendant. | : | FEBRUARY 10, 2004 |

**MOTION FOR STAY OF DEPOSITIONS**

    The Plaintiff, William Laput, ("Plaintiff Laput") by and through his undersigned counsel, requests that the scheduling of depositions be stayed until March 12, 2004. As good cause for this request, the Plaintiff Laput represents as follows:

    1. On February 9, 2004 Plaintiff's counsel Michael Satti underwent a spinal fusion and removal of a cervical disc and will be unable to work for approximately two (2) weeks and is prohibited from driving for one (1) month.

    2. As a result of Attorney Satti's surgery and recuperation he is unable to attend depositions on this matter until approximately March 12, 2004 and the undersigned is attempting to cover both Attorney Satti's and her files in his absence.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

3. Plaintiff's counsel contacted Bernard Jacques, counsel for the defendant, Larkin Enterprises, Inc., who stated that he consents to the requested stay/postponement of depositions but requested that the Plaintiff Laput file a Motion with the Court.

WHEREFORE, for the foregoing reasons the Plaintiff Laput respectfully requests that the scheduling of depositions be postponed/stayed until March 12, 2004 at which time the Plaintiff's counsel should be fully recovered from the aforesaid surgery.

                              THE PLAINTIFF,
                              WILLIAM LAPUT

By:_____
   Holly Quackenbush Darin
   Michael E. Satti
   Satti & Satti, P.C.
   225 State Street, Suite 200
   New London, CT 06320
   Juris No. 418059
   -His Attorneys-

## **CERTIFICATION**

The undersigned hereby certifies that the foregoing has been sent via facsimile and mailed first class postage prepaid, this 10th day of February 2004 to all counsel as listed below:

Bernard E. Jacques
Pepe & Hazard, L.L.P.
225 Asylum Street
Hartford, CT  16103-4302

_____
Holly Quackenbush Darin

3