UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| WILLIAM LAPUT | : | 2004 FEB 12  A 11: 49 |
| Plaintiff, | : | CIVIL ACTION NO. |
| v. | : | 3:03CV1045(WWE) |
| LARKIN ENTERPRISES INC. | : | |
| Defendant. | : | FEBRUARY 10, 2004 |

## MOTION FOR EXTENSION OF TIME

The Plaintiff, William Laput, ("Plaintiff Laput"), pursuant to Local Rule of Civil Procedure 7(b) hereby requests an extension of time of two (2) weeks from February 14, 2004 up to and including March 1, 2004, to respond to the Defendant, Larkin Enterprises, Inc.'s ("Defendant Larkin") Second Set of Interrogatories dated January 14, 2004 and Second Request for Production dated January 14, 2004. In support hereof Plaintiff Laput represents as follows:

1. On February 9, 2004 Plaintiff's counsel Michael Satti underwent a spinal fusion and removal of a cervical disc and will be unable to work for approximately two (2) weeks and is prohibited from driving for one (1) month.

2. As a result of the undersigned is attempting to cover both Attorney Satti's and her files in his absence and this extension is necessary to enable her to properly respond to the discovery requests.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

*Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
2-13-04*