UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM LAPUT | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| v. | : | 3:03CV1045(WWE) |
| LARKIN ENTERPRISES INC. | : | |
| Defendant. | : | FEBRUARY 10, 2004 |

*Motion GRANTED*
WARREN W. EGINTON
Senior United States District Judge
2-13-04

## MOTION FOR STAY OF DEPOSITIONS

The Plaintiff, William Laput, ("Plaintiff Laput") by and through his undersigned counsel, requests that the scheduling of depositions be stayed until March 12, 2004. As good cause for this request, the Plaintiff Laput represents as follows:

1. On February 9, 2004 Plaintiff's counsel Michael Satti underwent a spinal fusion and removal of a cervical disc and will be unable to work for approximately two (2) weeks and is prohibited from driving for one (1) month.

2. As a result of Attorney Satti's surgery and recuperation he is unable to attend depositions on this matter until approximately March 12, 2004 and the undersigned is attempting to cover both Attorney Satti's and her files in his absence.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**