# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

William Laput
    Plaintiff,
  v.

Larkin Enterprises, Inc.          CASE NUMBER: 3:03CV1045 (WWE)
    Defendant.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: William Laput

March 18, 2004
Date

Ct. 01311
Connecticut Federal Bar Number

(860) 447-8975
Telephone Number

(860) 447-9136
Fax Number

michael@sattiandsatti.com
E-mail address

*/s/ Michael E. Satti*
Signature

Michael E. Satti
Print Clearly or Type Name

225 State Street, Suite 200
Address

New London, CT 06320

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Bernard E. Jacques, Pepe & Hazard, L.L.P., 225 Asylum Street, Hartford, CT 06103-4302

*/s/ Michael E. Satti*
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001