Held
4-6-04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

April 6 2004
9:15
~~9:45~~ a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO
CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE
ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF
PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3:03cv1045 (WWE)**    **Laput v. Larkin Ent. Inc.**

Holly Quackenbush Darin
Satti & Satti
225 State St.
Suite 200
New London, CT 06320


Bernard E. Jacques
Pepe & Hazard
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302


                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK