UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM LAPUT, | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiff | ) | 3:03CV1045 (WWE) |
| | ) | |
| v. | ) | |
| | ) | |
| LARKIN ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant | ) | MAY 30, 2004 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Defendant, Larkin Enterprises, Inc., by and through the undersigned counsel, hereby respectfully requests an extension of time in the amount of ten (10) days, through and including June 10, 2004, to respond to Plaintiff's First Set of Requests for Production. As grounds for this request, Defendant states as follows:

1. The information and materials needed to respond are still being gathered, and therefore, proper and adequate responses are not possible at this time.

2. This is Defendant's second request for an extension of time in regard to this deadline.

3.    Plaintiff's counsel has no objection to this Motion.

WHEREFORE, Defendant respectfully requests that this motion be granted.

DEFENDANT:
LARKIN ENTERPRISES, INC.

By _____

Bernard E. Jacques., of
Pepe & Hazard LLP
Federal Bar No.: ct12293
Its Attorneys
225 Asylum Street
Hartford, CT 06103-4302
Telephone No.: (860) 522-5175
Fax No.: (860) 522-2796
E-mail: bjacques@pepehazard.com

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid,

this 28th day of May, 2004 to all counsel and parties of record as follows:

**Counsel for Plaintiff:**

Michael E. Satti
Holly Quackenbush Darin
Satti & Satti
225 State Street – Suite 200
New London, CT 06320

_____
Bernard E. Jacques

BEJ/32497/2/676660v1
05/28/04-HRT/