FILED
2004 MAY 28 P 1:18
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM LAPUT, | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiff | ) | 3:03CV1045 (WWE) |
| | ) | |
| v. | ) | |
| | ) | |
| LARKIN ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant | ) | MAY 30, 2004 |

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
6-2-04

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Defendant, Larkin Enterprises, Inc., by and through the undersigned counsel, hereby respectfully requests an extension of time in the amount of ten (10) days, through and including June 10, 2004, to respond to Plaintiff's First Set of Requests for Production. As grounds for this request, Defendant states as follows:

1. The information and materials needed to respond are still being gathered, and therefore, proper and adequate responses are not possible at this time.

2. This is Defendant's second request for an extension of time in regard to this deadline.

FILED
2004 JUN -2 A 9:59
U.S. DISTRICT COURT
BRIDGEPORT, CONN