UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM LAPUT, | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiff | ) | 3:03CV1045 (WWE) |
| | ) | |
| v. | ) | |
| | ) | |
| LARKIN ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant | ) | JUNE 7, 2004 |

### JOINT MOTION TO MODIFY
### SCHEDULING ORDER AND DISCOVERY DEADLINE

Plaintiff, William Laput, and Defendant, Larkin Enterprises, Inc. (Larkin), by and through the undersigned counsel, hereby jointly move that the current scheduling order and discovery deadline be modified as follows:

1. Discovery shall be completed by September 15, 2004.

2. Dispositive motions shall be filed on or before November 15, 2004.

In support of this Motion, the parties state the following:

1. In accordance with the schedule established in the Form 26(f) Report of Parties' Planning Meeting approved and ordered by the Honorable Warren W. Eginton, Sr., U.S.D.J., on September 25, 2003, all discovery is to be completed by July 1, 2004 and dispositive motions are to be filed by September 1, 2004.

BEJ/32497/2/679124v1
06/04/04-HRT/

2.  Due to scheduling difficulties and having to depose out-of-state witnesses, the parties will be unable to complete the depositions before the end of the current discovery deadline in this matter.

3.  The parties are in the process of scheduling depositions of key witnesses and expect to have them completed by the end of August 2004.

This is the first Joint Motion to Modify Scheduling Order and Discovery Deadline filed by the parties.

WHEREFORE, the parties respectfully request that this motion be granted.

PLAINTIFF:
WILLIAM LAPUT

By _____
Michael E. Satti (ct 01311)
Holly Quackenbush Darin (ct 10183)
Satti & Satti, P.C.
His Attorneys
225 State Street, Suite 200
New London, CT 06320
Telephone No. (860) 447-8975
Fax. No.: (860) 447-9136
E-mail: Michael@sattiandsatti.com
Holly@sattiandsatti.com

DEFENDANT:
LARKIN ENTERPRISES, INC.

By _____
Bernard E. Jacques (ct 12293)
Pope & Hazard LLP
Its Attorney
225 Asylum Street
Hartford, CT 06103-4302
Telephone No.: (860) 522-5175
Fax No.: (860) 522-2796
E-mail: bjacques@pepehazard.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 7th day of June 2004 to all counsel and parties of record as follows:

**Counsel for Plaintiff:**

Michael E. Satti
Holly Quackenbush Darin
Satti & Satti
225 State Street – Suite 200
New London, CT 06320

Bernard E. Jacques