FILED

2004 JUN -8 P 1: 43

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM LAPUT,            )  CIVIL ACTION NO.
                          )
        Plaintiff         )  3:03CV1045 (WWE)
                          )
v.                        )
                          )
LARKIN ENTERPRISES, INC., )
                          )
        Defendant         )  JUNE 7, 2004

FILED
2004 JUN -9 P 2: 22
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## JOINT MOTION TO MODIFY SCHEDULING ORDER AND DISCOVERY DEADLINE

Plaintiff, William Laput, and Defendant, Larkin Enterprises, Inc. (Larkin), by and through the undersigned counsel, hereby jointly move that the current scheduling order and discovery deadline be modified as follows:

1. Discovery shall be completed by September 15, 2004.

2. Dispositive motions shall be filed on or before November 15, 2004.

In support of this Motion, the parties state the following:

1. In accordance with the schedule established in the Form 26(f) Report of Parties' Planning Meeting approved and ordered by the Honorable Warren W. Eginton, Sr., U.S.D.J., on September 25, 2003, all discovery is to be completed by July 1, 2004 and dispositive motions are to be filed by September 1, 2004.

BEJ/32497/2/679124v1
06/04/04-HRT/

Motion Granted.
Discovery cutoff date  9-15-04
Dispositive Motions due by  11-15-04
SO ORDERED
6/9/2004
Warren W. Eginton, Sr. U.S.D.J.