UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM LAPUT, | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiff | ) | 3:03CV1045 (WWE) |
| | ) | |
| v. | ) | |
| | ) | |
| LARKIN ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant | ) | AUGUST 11, 2004 |

## SECOND JOINT MOTION TO MODIFY
## SCHEDULING ORDER AND DISCOVERY DEADLINE

Plaintiff, William Laput, and Defendant, Larkin Enterprises, Inc. (Larkin), by and through the undersigned counsel, hereby jointly move that the current scheduling order and discovery deadline be modified as follows:

1. Discovery shall be completed by October 15, 2004.

2. Dispositive motions shall be filed on or before December 15, 2004.

In support of this Motion, the parties state the following:

1. In accordance with the schedule established in the Form 26(f) Report of Parties' Planning Meeting approved and ordered by the Honorable Warren W. Eginton, Sr., U.S.D.J., on September 25, 2003, all discovery was to be completed by July 1, 2004 and dispositive motions were to be filed by September 1, 2004.

BEJ/32497/2/688840v1
08/10/04-HRT/

2. On June 7, 2004, the parties filed a Joint Motion to Modify Scheduling Order and Discovery Deadlines, which was granted by the Honorable Warren W. Eginton, Sr., U.S.D.J., on June 9, 2004.

3. Under the modified Scheduling Order, all discovery is to be completed by September 15, 2004 and dispositive motions are to be filed by November 15, 2004.

4. Due to a serious illness and death in the family, Defendant's counsel had to postpone the depositions of key witnesses.

5. The parties are in the process of rescheduling these depositions and expect to have them completed by the end of September 2004.

This is the second Joint Motion to Modify Scheduling Order and Discovery Deadline filed by the parties.

WHEREFORE, the parties respectfully request that this motion be granted.

| PLAINTIFF: | DEFENDANT: |
|---|---|
| WILLIAM LAPUT | LARKIN ENTERPRISES, INC. |
| By /s/ Michael E. Satti | By /s/ Bernard E. Jacques |
| Michael E. Satti (ct 01311) | Bernard E. Jacques (ct 12293) |
| Satti, Provatas & McNamara, P.C. | Pepe & Hazard LLP |
| His Attorney | Its Attorney |
| 225 State Street, Suite 200 | 225 Asylum Street |
| New London, CT 06320 | Hartford, CT 06103-4302 |
| Telephone No.: (860) 447-8975 | Telephone No.: (860) 522-5175 |
| Fax No.: (860) 447-9136 | Fax No.: (860) 522-2796 |
| E-mail: msatti@spandm.com | E-mail: bjacques@pepehazard.com |

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 11th day of August 2004 to all counsel and parties of record as follows:

**Counsel for Plaintiff:**

Michael E. Satti
Satti, Provatas & McNamara, PC
225 State Street – Suite 200
New London, CT 06320

_____
Bernard E. Jacques

3