22

FILED
2004 AUG 12 P 1:05
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM LAPUT, | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiff | ) | 3:03CV1045 (WWE) |
| | ) | |
| v. | ) | |
| | ) | |
| LARKIN ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant | ) | AUGUST 11, 2004 |

FILED
2004 AUG 13 P 3:07
U.S. DISTRICT COURT
BRIDGEPORT, CONN

### SECOND JOINT MOTION TO MODIFY
### SCHEDULING ORDER AND DISCOVERY DEADLINE

Plaintiff, William Laput, and Defendant, Larkin Enterprises, Inc. (Larkin), by and through the undersigned counsel, hereby jointly move that the current scheduling order and discovery deadline be modified as follows:

1. Discovery shall be completed by October 15, 2004.

2. Dispositive motions shall be filed on or before December 15, 2004.

In support of this Motion, the parties state the following:

1. In accordance with the schedule established in the Form 26(f) Report of Parties' Planning Meeting approved and ordered by the Honorable Warren W. Eginton, Sr., U.S.D.J., on September 25, 2003, all discovery was to be completed by July 1, 2004 and dispositive motions were to be filed by September 1, 2004.

Motion Granted.
Discovery cutoff date Oct. 15, 2004
Dispositive Motions due by Dec. 15, 2004.
SO ORDERED
8/13/2004
Warren W. Eginton, Sr. U.S.D.J.

BEJ/32497/2/688840v1
08/10/04-HRT/