**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**


WILLIAM LAPUT,                    :      3:03CV1045 (WWE)
     Plaintiff,                   :
                                  :
v.                                :
                                  :
LARKIN ENT. INC.,                 :
     Defendant                    :


**REFERRAL TO MAGISTRATE JUDGE**

     This case is referred to Magistrate Judge Holly Fitzsimmons
for the following purposes:

_____ All purposes including trial upon written request by all
     parties (orefcs.)

_____ A ruling on all pretrial motions except dispositive motions
     (orefmisc./dscv)

_____ To supervise discovery and resolve discovery disputes.
          (orefmisc./dscv)

_____ A ruling on the following motions which are currently
     pending (orefm.):

XXX  A settlement conference (parties request late October, 2004)
          (orefmisc./cnf)

_____ A scheduling conference  (orefmisc/cnf)

_____ Other: A hearing on damages(orefmisc./misc)


     SO ORDERED this 17th day of August, 2004, at Bridgeport,
Connecticut.

                    _____/s/_____
                    Warren W. Eginton, Senior U.S.D.J.