UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM LAPUT, | ) | CIVIL ACTION NO.: |
| | ) | |
| Plaintiff | ) | 3:03CV1045 (WWE) |
| | ) | |
| v. | ) | |
| | ) | |
| LARKIN ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant | ) | OCTOBER __, 2004 |

**JOINT MOTION FOR RESCHEDULING OF
SETTLEMENT CONFERENCE**

Plaintiff, William Laput, and Defendant, Larkin Enterprises, Inc. (Larkin), by and through the undersigned counsel, hereby jointly move for the rescheduling of the settlement conference before the Honorable H. Fitzsimmons, which is presently scheduled for Friday, October 29, 2004.

Presently, discovery is scheduled to close on October 15, 2004. However, plaintiff will be filing a motion to extend discovery and the defendant will not object. Plaintiff will be seeking the extension because plaintiff's counsel is facing surgery and will have medical restrictions on his ability to work. Both parties' counsel believe that mediation is more likely to be successful, and settlement more likely to occur, after discovery closes. Therefore, the parties seek an adjournment of the scheduled settlement

conference.

      WHEREFORE, the parties respectfully request that this motion be granted.

| PLAINTIFF: | DEFENDANT: |
|---|---|
| WILLIAM LAPUT | LARKIN ENTERPRISES, INC. |

| By_____ | By_____ |
|---|---|
| Michael E. Satti (ct 01311) | Bernard E. Jacques (ct 12293) |
| Satti, Provatas, McNamara, P.C. | Pepe & Hazard LLP |
| His Attorney | Its Attorney |
| 225 State Street, Suite 200 | 225Asylum Street |
| New London, CT  06320 | Hartford, CT  06103-4302 |
| Telephone No.: (860) 447-8975 | Telephone No.: (860) 522-5175 |
| Fax No.: (860) 447-9136 | Fax No.: (860) 522-2796 |
| E-mail: MSatti@spmattorneys.com | E-mail: bjacques@pepehazard.com |

BEJ/32497/2/696409v1
10/01/04-HRT/

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this __ day of October 2004 to all counsel and parties of record as follows:

**Counsel for Defendant:**

Bernard E. Jacques
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103

_____
Michael E. Satti