UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM LAPUT | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV1045(WWE)(HBF) |
| v. | : | |
| | : | |
| LARKIN ENTERPRISES INC. | : | |
| | : | |
| Defendant. | : | OCTOBER 7, 2004 |

**MOTION FOR EXTENSION OF TIME**

The Plaintiff, William Laput, ("Plaintiff Laput"), pursuant to Local Rule of Civil Procedure 7(b) hereby requests an extension of time up to and including January 31, 2005, to complete discovery in the above matter. In support hereof and as good cause for such request Plaintiff, Laput, represents as follows:

1. On September 13, 2004 Plaintiff's counsel, Michael Satti, underwent a spinal fusion and removal of a cervical disc and has been prohibited from driving for one (1) month and will be somewhat restricted at least until mid November, 2004.

2. The Plaintiff and Defendant have agreed to postpone the October 29, 2004 Mediation before Magistrate Fitzsimmons and have previously jointly filed a Motion for Rescheduling of Settlement Conference in order to complete the depositions of two out of state witnesses employed by the Defendant.

**ORAL ARGUMENT NOT REQUESTED**

3. On October 7, 2004, the office of the Plaintiff's counsel contacted Attorney Jacques, counsel for Defendant Larkin, who stated that he consents to the requested extension of time in light of the aforementioned surgery and post surgery recuperation.

    4. Plaintiff's and Defendant's have requested two other extensions of the discovery schedule in June and August, 2004.

                                        THE PLAINTIFF,
                                        WILLIAM LAPUT

                              By:_____
                                Michael E. Satti
                                Satti, Provatas, McNamara, P.C.
                                225 State Street, Suite 200
                                New London, CT 06320
                                (860) 447-8975
                                Juris No. 418059
                                -His Attorneys-

## **CERTIFICATION**

    The undersigned hereby certifies that the foregoing has been mailed first class postage prepaid, this 7th day of October, 2004 to all counsel and pro se parties of record as listed below:

Bernard E. Jacques
Pepe & Hazard, LLP
225 Asylum Street
Hartford, CT 06103-4302

                                                  _____
                                                  Michael E. Satti