UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM LAPUT, | CIVIL ACTION NO. |
| PLAINTIFF, | 3:03CV01045 (WWE) |
| V. | |
| LARKIN ENTERPRISES, | |
| DEFENDANTS. | |
| | OCTOBER 19, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Loc.Civ.R. 7(e), the undersigned hereby moves to withdraw her appearance for the following Plaintiff: William Laput. The undersigned represents that there is good cause for this motion and states such as follows:

1. The undersigned is no longer associated with the firm of Satti & Satti, PC;

2. The parties will not be prejudiced as the Plaintiff will still be represented by Michael E. Satti of Satti, Provatas & McNamara, PC; and

3. The undersigned is unable to send this Motion via certified mail to the Plaintiff as she does not have any knowledge regarding the Plaintiff's mailing address or phone number.

WHEREFORE, the undersigned respectfully requests that this Motion be granted and she be allowed to Withdraw her appearance in the instant matter.

>FOR PLAINTIFF,
>WILLIAM LAPUT,
>
>By:_____
>Holly Quackenbush Darin (Ct10183)
>Ryan & Ryan, LLC
>900 Chapel Street, Suite 621
>New Haven, Connecticut 06510
>(203) 752-9794

## CERTIFICATION

The undersigned hereby certified that the foregoing Motion was mailed via certified mail, this 19th day of October, 2004 to all counsel and pro se parties of record as listed below:

Bernard E. Jacques
Pepe & Hazard
Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103

Michael E. Satti
Satti, Provatas & McNamara
225 State Street, Suite 201
New London, Connecticut 06320

>_____
>Holly Quackenbush Darin

2

3