**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **WILLIAM LAPUT** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION NO.** |
| | : | **3:03CV1045(WWE)(HBF)** |
| **v.** | : | |
| | : | |
| **LARKIN ENTERPRISES INC.** | : | |
| | : | |
| **Defendant.** | : | **OCTOBER 27, 2004** |

### CERTIFICATION OF MAILING TO CLIENT, WILLIAM LAPUT

Counsel for the Plaintiff, William Laput, hereby represents and certifies that a copy of the October 19, 2004 Motion to Withdraw Appearance by Holly Quackenbush Darin has been sent to the Plaintiff, William Laput. A copy of said correspondence is attached hereto as Exhibit A.

.

THE PLAINTIFF,
WILLIAM LAPUT

By:_____
Michael E. Satti
Satti, Provatas, McNamara, P.C.
225 State Street, Suite 200
New London, CT 06320
(860) 447-8975
Juris No. 418059
-His Attorneys-

## <u>CERTIFICATION</u>

The undersigned hereby certifies that the foregoing has been mailed first class postage prepaid, this 27th day of October, 2004 to all counsel and pro se parties of record as listed below:

Bernard E. Jacques
Pepe & Hazard, LLP
225 Asylum Street
Hartford, CT 06103-4302

_____
Michael E. Satti