31

FILED

2004 OCT 20 P 12:08

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

WILLIAM LAPUT,

    PLAINTIFF,

V.

LARKIN ENTERPRISES,

    DEFENDANTS.

CIVIL ACTION NO.

3:03CV01045 (WWE)

OCTOBER 19, 2004

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Loc.Civ.R. 7(e), the undersigned hereby moves to withdraw her appearance for the following Plaintiff: William Laput. The undersigned represents that there is good cause for this motion and states such as follows:

1. The undersigned is no longer associated with the firm of Satti & Satti, PC;

2. The parties will not be prejudiced as the Plaintiff will still be represented by Michael E. Satti of Satti, Provatas & McNamara, PC; and

3. The undersigned is unable to send this Motion via certified mail to the Plaintiff as she does not have any knowledge regarding the Plaintiff's mailing address or phone number.

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
11-5-04

FILED
2004 NOV -5 A 10:43
U.S. DISTRICT COURT
BRIDGEPORT, CONN