UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM LAPUT, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV1045(WWE) |
| v. | : | |
| | : | |
| LARKIN ENTERPRISES INC., | : | |
| | : | |
| Defendant. | : | FEBRUARY 15, 2005 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff, William Laput.

_____
Shawn L. Rutchick (ct24866)
Satti, Provats & McNamara, P.C.
225 State Street, Suite 200
New London, CT 06320
(860) 447 – 8975 telephone
(860) 447 – 9136 facsimile
srutchick@spmattorneys.com

## **CERTIFICATION**

This is to certify that on this 15TH day of February, 2005, the foregoing was sent First Class Mail, postage prepaid, to the following attorneys of record:

Bernard E. Jacques
Pepe & Hazard LLP
225 Asylum Street
Hartford, CT  06103-4302

_____
Shawn L. Rutchick

2