UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM LAPUT, | ) | CIVIL ACTION NO.: |
| | ) | |
| Plaintiff | ) | 3:03CV1045 (WWE)(HBF) |
| | ) | |
| v. | ) | |
| | ) | |
| LARKIN ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant | ) | March 17, 2004 |

**JOINT MOTION FOR EXTENSION OF DISCOVERY SCHEDULE
AND OF SETTLEMENT CONFERENCE**

Plaintiff, William Laput, and Defendant, Larkin Enterprises, Inc., by and through the undersigned counsel, hereby jointly request an extension of time of forty-five (45) days, up to and including May 2, 2005, to complete discovery in the above matter. The parties also request that the settlement conference before the Honorable H. Fitzsimmons, which is presently scheduled for Friday, April 1, 2005, be rescheduled.  In support for this Motion, the parties state the following:

1. Discovery presently is scheduled to close on March 17, 2005.

2. Due to scheduling difficulties, the parties have not been able to schedule the depositions of two witnesses, Terri Bell and Joe Alexander, who reside out of state.  The defendant has represented that although both Mr. Bell and Mr. Alexander are not

Connecticut residents, are beyond the subpoena power of the District Court, and would normally be deposed outside of Connecticut, it will produce both for depositions in Connecticut.

3. Both parties' counsel believe that mediation is more likely to be successful, and settlement more likely to occur, after discovery closes. Therefore, the parties seek an adjournment of the scheduled settlement conference.

4. The parties have requested four other extensions of the discovery schedule.

WHEREFORE, the parties respectfully request that this motion be granted.

PLAINTIFF:
WILLIAM LAPUT

By _____
Michael E. Satti (ct 01311)
Satti, Provatas, & McNamara, P.C.
His Attorney
225 State Street, Suite 200
New London, CT 06320
Telephone No.: (860) 447-8975
Fax No.: (860) 447-9136
   E-mail: msatti@spmattorneys.com

DEFENDANT:
LARKIN ENTERPRISES, INC.

By _____
Bernard E. Jacques (ct 12293)
Pepe & Hazard LLP
Its Attorney
225 Asylum Street
Hartford, CT 06103-4302
Telephone No.: (860) 522-5175
Fax No.: (860) 522-2796
   E-mail: bjacques@pepehazard.com

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 17th day of March 2005 to all counsel and parties of record as follows:

**Counsel for Plaintiff:**

Michael E. Satti
Shawn L. Rutchick
Satti, Provatas, & McNamara, P.C.
225 State Street, Suite 200
New London, CT  06320

_____
Bernard E. Jacques