UNITED STATES DISTRICT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM LAPUT, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV1045(WWE) |
| v. | : | |
| | : | |
| LARKIN ENTERPRISES INC., | : | |
| | : | |
| Defendant. | : | JUNE 23, 2005 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the Undersigned respectfully moves for leave to withdraw his appearance in this case for Plaintiff, William Laput, and represents as follows:

1. The Undersigned is no longer an associate at the firm of Satti, Provatas & McNamara, the firm which has Plaintiff's file;

2. The Plaintiff is Attorney Michael Satti's client; and

3. Attorney Satti still has an appearance in this case and, upon information and belief, will continue to represent Mr. Laput.

**WHEREFORE**, since there is another attorney of record representing the Plaintiff, the Undersigned has no attorney-client relationship with the Plaintiff and he no longer has access to Plaintiff's file, he respectfully requests that leave be granted to withdraw his appearance.

Respectfully submitted by,

___/s/ Shawn L. Rutchick_____
Shawn L. Rutchick (ct24866)
Provats & McNamara, LLC
516 Vauxhall Street, Suite 203
New London, CT 06320
Telephone (860) 447 – 1968
Facsimile (860) 447 – 3174
shawn@pmclegal.com

## CERTIFICATE OF SERVICE

This is to certify that on this 23rd day of June, 2005, the foregoing was filed electronically, and sent by e-mail to all parties by the Court's electronic filing system or sent by mail to anyone unable to accept electronic filing.

Bernard E. Jacques
Pepe & Hazard LLP
225 Asylum Street
Hartford, CT 06103-4302

Michael E. Satti
Satti, Provatas & McNamara, P.C.
225 State Street, Suite 200
New London, CT 06320

      /s/ Shawn L. Rutchick
      Shawn L. Rutchick