7/27/06

03CV1045JGM

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WILLIAM LAPUT

v.                                        3:03CV1045 WWE

LARKIN ENT INC.

### JUDGMENT

On June 20, 2006, pursuant to Local Rule 41(a), notice was sent to all counsel of record and pro se parties indicating that the above-entitled case would be dismissed for lack of prosecution unless a satisfactory explanation was received which would justify continuing the case on the docket of this Court.

No explanations or requests for action having been received within the time specified, it is hereby, ORDERED that the complaint on file is dismissed.

Dated at Bridgeport, Connecticut, this 27th day of July, 2006.

KEVIN F. ROWE, Clerk

By  Rosalie A. Krapuk
         Deputy Clerk

Entered on Docket _____